**In re Annie Mae SCALES, Petitioner.**

No. 13–1422.

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 28, 2013.

On Petition for Extraordinary Writ.

Annie Mae Scales, Petitioner pro se.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annie Mae Scales petitions for an extraordinary writ pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2006). We conclude that relief is not warranted.

Accordingly, although we grant Scales leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*